IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HENRY VON L. MEYER, IV                                              PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:06CV27HTW-JCS

MICHAEL L. MCKENZIE, A MINOR,
BY AND THROUGH LAMAR MCKENZIE, HIS FATHER                           DEFENDANT

## FINAL JUDGMENT OF DISMISSAL

THIS DAY this cause having come on for hearing on the joint motion of the parties <u>ore</u> <u>tenus</u> for dismissal with prejudice, and the Court, being advised that the above styled and numbered cause has been compromised and settled,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause be and it is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** on this the 30th day of August, 2006.

                                      s/ HENRY T. WINGATE
                                      _____
                                      CHIEF U. S. DISTRICT JUDGE

Order submitted by:
PHILIP W. GAINES
CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive
Post Office Box 750
Jackson, Mississippi  39205
Telephone: (601) 969-1010
Facsimile: (601) 969-5120
MSB #4368